IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MELISSA GRIFFIN, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-29-MJT |
| MARKET BASKET, | § § § | |
| *Defendant*. | § § § § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DKT. 18]**

Plaintiff Melissa Griffin brought this suit against Defendant Market Basket alleging disability discrimination in violation of Title VII of the Civil Rights Act. [Dkt. 1]. The District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pre-trial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. CIV. R. 72. Pending before Judge Stetson was Defendant's Motion to Dismiss Plaintiff's Original and Supplemental Complaints and Compel Arbitration. [Dkt. #17]. On August 9, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 18] in which she recommended (1) granting Defendant's motion to compel the parties to submit the claims to arbitration, (2) denying Defendant's motion to dismiss under Rule 12(b)(6) as moot in light of the compelled arbitration, and (3) staying this proceeding pending completion of arbitration. *Id.* at 6.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 18] is ADOPTED. Defendant's Motion to Dismiss Plaintiff's Original and Supplemental Complaints and Compel Arbitration [Dkt. 17] is GRANTED in part and DENIED in part. The Clerk is directed to STAY this case pending the completion of arbitration of Plaintiff's claim. Defendant is ORDERED to notify the Court within ten (10) days of the completion of the arbitration regarding the status of the arbitrated claim.

**SIGNED this 6th day of September, 2024.**

Michael J. Truncale
United States District Judge