IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MELISSA GRIFFIN, | § |
| *Plaintiff*, | § § § |
| v. | § CIVIL ACTION NO. 1:24-CV-00029-MJT-CLS § § |
| MARKET BASKET, | § § |
| *Defendant*. | § § |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On November 11, 2025, Plaintiff and Defendant filed an Agreed Motion to Dismiss with Prejudice, requesting that the court dismiss all Plaintiff's claims against Defendant [Dkt. 40]. As all parties signed the motion, Judge Stetson construed it as a voluntary stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Dkt. 41].

Such stipulations are "'effective immediately' and render[] subsequent action by the district court 'superfluous.'" *Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025). However, since the parties filed their stipulation as a motion, "in the interest of efficiency, justice, and maintaining the clarity of the record," Judge Stetson recommended that this Court grant the Agreed Motion and dismiss the case with prejudice. [Dkt. 41]; FED. R. CIV. P. 41(a)(1)(B).

**Order**

The Report and Recommendation [Dkt. 41] is ADOPTED. The parties' Agreed Motion to Dismiss [Dkt. 40] is GRANTED. This case is DISMISSED WITH PREJUDICE. A final judgment will be entered.

**SIGNED this 9th day of December, 2025.**

Michael J. Truncale
United States District Judge